UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JIMMY D. LEWIS, ) | |
| ) | No. |
| Plaintiff, ) | |
| ) | Judge |
| v. ) | |
| ) | Formerly Case No. 2017 L 61 |
| DR. GREG CAMPBELL PA-C., and ) | Circuit Court of Winnebago County, |
| CRUSADER CLINIC, ) | Illinois |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND**
**SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To: Thomas A. Klein                    Jimmy D. Lewis
    Clerk of the Circuit Court         227 S. Henrietta Avenue
    Winnebago County Courthouse        Rockford, Illinois 61102
    400 West State Street
    Rockford, Illinois 61101

The United States, by its attorney, Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Winnebago County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1. On February 24, 2017, Jimmy D. Lewis commenced the above civil action against Crusader Clinic and Gregory Campbell, PA-C alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Crusader Clinic is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Gregory Campbell PA-C, was acting within the scope of his employment at the Crusader Clinic with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Crusader Clinic was a private entity receiving grant money from the Public Health Service and that defendant Gregory Campbell, PA-C, was acting within the scope of his employment at the Crusader Clinic with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants Crusader Clinic and Gregory Campbell, PA-C.

WHEREFORE, this action now pending in the Circuit Court of Winnebago County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Crusader Clinic and Gregory Campbell, PA-C.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: s/ Monica V. Mallory
    MONICA V. MALLORY
    Assistant United States Attorney
    327 South Church Street, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4457
    Monica.mallory@usdoj.gov