ISSUED

CC-45

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT**
**COUNTY OF WINNEBAGO**

Jimmy D. Lewis

Case No. 17L61

Vs.

Dr. Greg Campbell PH.C et
Crusader clinic

FILE STAMP

**SUMMONS**

To each defendant: Crusader Clinic 1200 W States St. Rockford IL, 61101

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance in the Office of the Clerk of this Court **Winnebago County Courthouse, room 108**, **400 W. State Street, Rockford, IL**, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

This case is set for a Case Management Conference in courtroom 426 on 5/25/17 at 9:00 (AM)/PM. **FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its issuance.

Witness 3/2, 20 17

Thomas A. Klein

Clerk of the Circuit Court

By _____ Deputy

(Seal of Court)

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

Name Jimmy D. Lewis

Attorney for _____

Address 227 S. Henrietta Ave

City/State/Zip Rockford IL 61102

Telephone (815) 217-7481

Date of Service _____, 20____
(To be inserted by officer on copy left with the employer or other persons)

If you have a disability that requires an accommodation to participate in Court, please contact the Court Disability Coordinator at 815-319-4806.



**EXHIBIT A**

In the Circuit Court of the
17th Judicial Circuit Winnebago
County, Illinois

Medical Malpractice/
Medical Negligence

Jimmy Demont Lewis
Plaintiff

V

Dr. Greg Campbell PA-C &
Crusader Clinic

17L61
FILED
Date: 2/24/17
Thomas A. Klein
Clerk of the Circuit Court
By TW Deputy
Winnebago County, IL

I Jimmy Demont Lewis was a victim of Medical Malpractice/Medical Negligence due to Dr. Greg Campbell PA-C at Crusader Clinic, by him prescribing me
① Oxcarbazepine TAB LET 300mg 1 tab orally bid &
② Atypical Rash 5% cream & prednisone/trileptal

Due to those medications I suffer from some Bad Rashes from head to feet, Diarrahea, bad Breathing, swollen, Fevers, ect. Dr. Greg Campbell PA-C even gave me $10.00 out his own pocket to pay for my prexcripitions.

Overall due to my over pain & suffer I'll like a suit for $50,000.00 against Dr. Greg Campbell PA-C Crusader Clinic.

X Jimmy D. Lewis