IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jimmy D. Lewis, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50155 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [7] from the magistrate judge that this court grant defendant's motion to dismiss for failure to state a claim. Plaintiff has failed to appear and respond to defendant's motion. Any objections were to be filed by June 13, 2017. No objections have been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and grants defendant's motion to dismiss [4]. This case is closed.

Date: 6/19/2017                                ENTER:

_____
FREDERICK J. KAPALA

District Judge