# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jimmy D. Lewis,

Plaintiff(s),

v.

United States of America,

Defendant(s).

Case No. 17 C 50155
Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) United States of America
and against plaintiff(s) Jimmy D. Lewis.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion to dismiss for failure to state a claim.

Date: 6/20/2017

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk